Earnestine SAUNDERS, Plaintiff—
Appellant,

v.

THE CITY OF PETERSBURG POLICE
DEPARTMENT; A.A. Mimms, Offi-
cer; W.B. Hinkle, Officer; J.H. Chabi-
nak, MPO, and others who's names
have been sealed and unknown to my-
self and others; City of Petersburg;
J.K. Kuykendall, Officer of Prince
George County Police Department,
Defendants—Appellees.

No. 05–2240.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 28, 2005.

Earnestine Saunders, Appellant Pro Se.
Jeremy David Capps, Harman, Claytor,
Corrigan & Wellman, Richmond, Virginia;
Robert A. Dybing, Thompson & McMullan,
Richmond, Virginia, for Appellees.

Before WIDENER, NIEMEYER, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Earnestine J. Saunders seeks to appeal
the district court's order denying her mo-
tion filed pursuant to Fed.R.Civ.P. 60(b),
seeking to reopen her case following the
district court's adverse grant of summary
judgment. We affirm the district court's
denial of relief. Rule 60(b) may not be
used to relitigate claims already decided
by the court, *CNF Constructors, Inc. v.
Donohoe Constr. Co.*, 57 F.3d 395, 400 (4th
Cir.1995), and Saunders has raised no new
ground to call into question the propriety
of the district court's decision. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*